```
LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 88666)
PAUL YANG (State Bar No. 163431)                    **E-filed 10/21/05**
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:  (415) 357-4600
Facsimile:  (415) 357-4605

Attorneys for Plaintiff
EQUILON ENTERPRISES, LLC

REYNOLDS CASAS & RILEY LLP
DANIEL L. CASAS (State Bar No. 116528)
JEROME GALLI (State Bar No. 188486)
One First Street, Suite 2
Los Altos, California 94022-2753
Telephone:  (650) 948-7200
Facsimile:  (650) 948-7220

Attorneys for Defendants
MARJORIE BERGLUND and BARBARA B. HEISEL
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EQUILON ENTERPRISES, L.L.C., a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>MARJORIE BERGLUND and BARBARA B. HEISEL,<br><br>Defendants. | Case No. C-05-02642 JF<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS AND ADR CERTIFICATION** |

Pursuant to ADR L.R. 3-5(c), the parties stipulate to participate in court sponsored Mediation pursuant to ADR L.R. 6-1 *set seq.*

DATED: October 11, 2005                        LAFAYETTE & KUMAGAI LLP

                                               _____
                                               PAUL YANG
                                               Attorneys for Plaintiff

| | |
|---|---|
| 1   DATED: October 11, 2005 | REYNOLDS CASAS & RILEY LLP |
| 2 | |
| 3 | _____ |
|   | DANIEL L. CASAS |
|   | JEROME GALLI |
| 4 | Attorneys for Defendants |

5  IT IS SO ORDERED.

6

7  Dated: __10/21/05__            /s/electronic signature authorized
                                  HON. JEREMY FOGEL
8                                 United States District Judge

9

10             **ADR CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**

11    Pursuant to Civil L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or

12  she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District

13  of California," or the specified portions of the ADR Unit's Internet site

14  <www.adr.cand.uscourts.gov >, discussed the available dispute resolution options provided by the

15  court and private entities, and considered whether this case might benefit from any of them.

16

17  Dated: __10/18/05__            _____
                                   CYNTHIA GLASS BIVINS
18                                 Senior Litigation Counsel
                                   Equilon Enterprises, LLC
19

20  Dated: __10/19/05__            _____
                                   GARY T. LAFAYETTE
21

22  Dated: _____          _____
                                   MARJORIE BERGLUND
23

24
25  Dated: _____          _____
                                   BARBARA B. HEISEL
26

27  Dated: _____          _____
                                   DANIEL L. CASAS
28

---

STIPULATION AND ORDER SELECTING ADR PROCESS
Case Number: C-05-02642 JF

2

```
1  DATED: October 11, 2005                  REYNOLDS CASAS & RILEY LLP

2                                           /s/ Dan Casas
3                                           DANIEL L. CASAS
                                            JEROME GALLI
4                                           Attorneys for Defendants

5
   IT IS SO ORDERED.
6

7  Dated: _____                   _____
                                            HON. JEREMY FOGEL
8                                           United States District Judge

9
```

## ADR CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civil L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

```
Dated: _____                      _____
                                            CYNTHIA GLASS BIVINS
                                            Senior Litigation Counsel
                                            Equilon Enterprises, LLC

Dated: _____                      _____
                                            GARY T. LAFAYETTE

Dated: 10/13/05                             /s/ Marjorie Berglund
                                            MARJORIE BERGLUND

Dated: 10-14-05                             /s/ Barbara B. Heisel
                                            BARBARA B. HEISEL

Dated: 10/11/05                             /s/ Daniel L. Casas
                                            DANIEL L. CASAS
```

STIPULATION AND ORDER SELECTING ADR PROCESS                            2
Case Number: C-05-02642 JF